

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STEPHANIE D. LEE** | **CIVIL ACTION** |
| **VERSUS** | **NO:     05-0072** |
| **SOCIAL SECURITY ADMINISTRATION** | **SECTION: "F" (4)** |

### REPORT AND RECOMMENDATION

**I.     Introduction**

The plaintiff, Stephanie D. Lee ("Lee" or "the plaintiff"), seeks judicial review of a final decision of the Commissioner of the Department of Health and Human Services Social Security pursuant to Title 42 United States Code § 405(g).  The Commissioner denied Lee's claim for eligibility of benefits under the Social Security Act.

The matter was referred to the undersigned United States Magistrate Judge pursuant to Title 28 United States Code § 636(b) and Local Rule 19.02E(b), for the submission of Proposed Findings and Recommendations.

**II.     Procedural Background**

On January 14, 2005, the Court issued a scheduling order that required the plaintiff to file a brief in support of her complaint forty (40) days after the defendant filed its answer.  (See Rec. Doc. No. 3).  On May 13, 2005, the defendant filed its Answer.  (See Rec. Doc. No. 8).  Therefore, the plaintiff's brief was due no later than June 22, 2005.  However, the plaintiff has failed to file a

brief in support of her Complaint.

On July 1, 2005, the undersigned issued a Show Cause Order requiring the plaintiff to show cause in writing on or before July 20, 2005, by written memorandum or motion, as to why the plaintiff failed to comply with the Scheduling Order. (See Rec. Doc. No. 9). The Order also cautioned the plaintiff that failure to comply shall result in a dismissal of her claims without further notice. Nevertheless, the plaintiff failed to comply.

### III. Recommendation

For the foregoing reasons, it is **RECOMMENDED** that the instant action be **DISMISSED WITH PREJUDICE** for failure to comply with the Show Cause Order issued by the United States Magistrate Judge on July 1, 2005.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation **within ten (10) days** after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996).

New Orleans, Louisiana, this 30 day of July 2005.

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE