

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG 24  PM 4: 20

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHANIE D. LEE | CIVIL ACTION |
| VERSUS | NO:     05-0072 |
| SOCIAL SECURITY ADMINISTRATION | SECTION: "F" (4) |

## O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that the instant matter be and hereby is **DISMISSED WITH PREJUDICE** for failure to comply with the Show Cause Order issued by the United States Magistrate Judge on July 1, 2005.

New Orleans, Louisiana, this _24TH_ day of _AUGUST_, 2005.

_____
**UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| ___ | Fee_____ |
| ___ | Process_____ |
| _X_ | Dktd_____ |
| ✓ | CtRmDep_____ |
| ___ | Doc. No_____ |